Civil Practice Act █ rendering void such an agreement. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

JOHN H. McFEATERS, Respondent, v. JAMAICA PARK SOUTH REALTY CORPORATION, a Domestic Corporation, Appellant, and JAMAICA PARK SOUTH REALTY CORPORATION, a Pennsylvania Corporation, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

PHILLIP N. PHILLIPON, Respondent, v. JAMAICA PARK SOUTH REALTY CORPORATION, a Domestic Corporation, Appellant, and JAMAICA PARK SOUTH REALTY CORPORATION, a Pennsylvania Corporation, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JOSEPH SIGELMAN, Appellant, v. FRANK H. INNES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of CHARLES HERBERT WALKER for Admission to the Bar. (From the State of Connecticut.) —Application granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

CITY OF MOUNT VERNON, Plaintiff, v. THE MOUNT VERNON TRUST COMPANY, Defendant.— On argument, submission of controversy dismissed without prejudice to a renewal. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ANNE B. GLEASON, Respondent, v. HILLCREST GOLF COURSE, INC., etc., Defendant; ARTHUR J. KNORR, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

ANNE B. GLEASON, Respondent, v. HILLCREST GOLF COURSE, INC., etc., Appellant; ARTHUR J. KNORR, Defendant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of OSCAR L. LANDMAN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

DOT MORT HOLDING CORPORATION, Appellant, v. ANTONINO ZITO and Others, Defendants, and JOHN HEINLEIN, Respondent.— Order granting respondent's motion to cancel lis pendens and discontinue the action modified by providing that the same is granted upon the payment by respondent of the principal of the lien with five per cent interest from February 15, 1933, and the costs and disbursements in the action, and as thus modified affirmed, with ten dollars costs and disbursements to the appellant. In the absence of circumstances warranting a denial of costs, which element is not present here, a plaintiff in an action for the foreclosure of a lien is entitled to costs on the discontinuance of the same at the instance of a junior lienor. (Tuthill v. Morris, 81 N. Y. 94, 99, 100; Harvey v. Mooney, 168 App. Div. 169; Moran v. Pinchot, 176 id. 807; Kadin v. Samuels, 55 Misc. 442; Lewis v. Robinson, 78 App. Div. 579; Pratt v. Ramsdell, 16 How.